AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 17-cr-168-CMA |
| KAREN MC CLAFLIN | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 5-17-17

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Thomas Hammond
*Printed name of defendant's attorney*

_____
*Judge's signature*

May 17, 2017
*Judge's printed name and title*