IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00168-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KAREN MC CLAFLIN,

    Defendant.

_____

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**
_____

Karen McClaflin, though counsel, moves to continue the sentencing hearing in this case. The government does not oppose the motion given the circumstances.

    Ms. McClaflin has had a history of medical issues involving her hip. She has had multiple hip replacement surgeries as well as procedures to address serious deep hip infections since 2013. She recently learned that she has another significant deep hip infection; this time the doctors are recommending another full hip replacement, they are moving quickly to begin the procedures. As this motion is being written, Ms. McClaflin is in the hospital having all of the artificial portions of her hip removed. The doctors wanted to begin the surgery immediately on Friday, March 2, 2018, but were willing to schedule surgery for today. Ms. McClaflin will then proceed to go through 6-8 weeks of intravenous antibiotic treatment to get rid of the infection before her doctors can determine when the replacement surgery can be scheduled.

    The letter from the doctor confirming the diagnosis and treatment will be sent to

the Court under seal.

Given the nature of the circumstances and the seriousness of the infection and the need for immediate surgery, the government does not oppose this motion.

WHEREFORE, Ms. McClaflin moves to continue the sentencing in this case for at least 6-8 weeks, and to set a status hearing at that time to determine her medical condition relating to her replacement surgery.

Respectfully submitted,

*s/ Thomas J. Hammond*
Thomas J. Hammond
Thomas J. Hammond, P.C.
1544 Race Street
Denver, Colorado 80206
303-321-7902
Fax: (303)329-5871
Email: hammondlaw@solucian.com

Attorney for Karen McClaflin

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2018, I electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the appropriate parties.

*s/ Thomas J. Hammond*
Thomas J. Hammond