

Ms. Karen L McClaflin
15954 Jackson Creek Pkwy
Monument, CO 80132-8532

Clerk's Office
Alred A. Arraj US Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589