FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

June 1, 2018

———————————————

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

KAREN LYNN MCCLAFLIN,

    Defendant - Appellant.

No. 18-1217
(D.C. No. 1:17-CR-00168-CMA-1)
(D. Colo.)

———————————————

**ORDER**
———————————————

    This matter is before the court on a *Motion to Withdraw* by Appellant's retained attorney, Thomas J. Hammond. Appellant requests that counsel be appointed under the Criminal Justice Act.

    Appellant has filed a motion for leave to proceed *in forma pauperis* (*ifp*) in the district court. That motion remains pending. Until the district court determines that Appellant is financially eligible for appointed counsel, this court cannot appoint counsel to represent Appellant in this appeal.

    Accordingly, the motion to withdraw is taken under advisement and this appeal is abated pending further order of the court. Appellant shall promptly notify this court in writing when the district court rules on her *ifp* motion. Absent earlier action, **within 14 days** from the date of this order, Appellant shall file a written report advising this court as

to the status of her *ifp* motion.

                                                         Entered for the Court
                                                         ELISABETH A. SHUMAKER, Clerk

                                                         by: Jane K. Castro
                                                             Counsel to the Clerk