# TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

## PART I - To be completed by appellant within fourteen days of filing the notice of appeal

Short Title: United States v. Karen McClaflin    District Court Number: 1:17-CR-00168-CMA-1 (Dist. Colorado)
Circuit Court Number: 18-1217
Name of Attorney: Ann Marie Taliaferro (Appellate Attorney)
Name of Law Firm: Brown Bradshaw & Moffat
Address of Firm: 422 North 300 West, Salt Lake City, Utah 84103
Telephone of Firm: (801)532-5297   Attorneys for: Appellant-Defendant Karen McClaflin
Name of Court Reporter: ___Darlene Martinez___   Telephone of Reporter: (303) 296-2008

## PART II - COMPLETE SECTION A OR SECTION B

**SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
   [] A transcript is not necessary for this appeal, or
   X The necessary transcript is already on file in District Court (Sentencing hearing, 5/10/2018)
   [] The necessary transcript was ordered previously in appeal number _____

**SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:** (Second Supplemental)
(Specify the date and proceeding in the space below)

Voir dire: _____ ; Opening Statements: _____ ;
Trial proceedings: _____ ; Instruction Cnf: _____ ;
Jury Instructions: _____ ; Closing Arguments: _____ ;
Post Trial Motions: _____ ; Other Proceedings: √

(circled) Transcript from 06/21/2017 (Doc. 10) Change of Plea Hearing

(Attach additional pages if necessary)

[] Appellant will pay the cost of the transcript.
My signature on this form is my agreement to pay for the transcript ordered on this form.

√ This case is proceeding under the Criminal Justice Act.
   NOTE: Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

**ORDER OF THE TENTH CIRCUIT COURT OF APPEALS AUTHORIZING PREPARATION OF THIS TRANSCRIPT IS ATTACHED HERETO.**

### CERTIFICATE OF COMPLIANCE

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: /s/ Ann Marie Taliaferro    Date: 6/28/18

## PART III - TO BE COMPLETED BY THE COURT REPORTER

   Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: 7/18/18
Estimated completion date: 8/13/18
Estimated number of pages: 44
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: Darlene M. Martinez    Date: 7/25/18

K:\AMT\P\6422.wpd

A-8 Revised 12/09   Transcript Order Form