IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  17-cr-00168-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KAREN MC CLAFLIN,

        Defendant.
_____

**UNOPPOSED MOTION TO CONTINUE DECEMBER 6, 2018 HEARING**
_____

        Karen McClaflin, though counsel, moves to continue the hearing in this case currently set for December 6, 2018.  The government does not oppose the motion given the circumstances.

        Counsel for Ms. McClaflin last appeared pro bono to move for a stay of execution of the Order to surrender.  The Court issued another Order on October 7, 2018 in which the self surrender was stayed for 60 day and set a hearing for December 6, 2018 at 3:00 p.m.

        Counsel then received a report from the government which is restricted.  After reviewing the report, pro bono counsel waited to determine if a hearing would be necessary.  Counsel spoke with ASA Pegeen Rhyne on November 26 or November 27 to determine if a hearing was necessary and learned that the government is proceeding.  Counsel then spoke with Ms. McClaflin on November 29, at which time counsel decided that it would be necessary to ask for a CJA appointment in order to receive

1

compensation and to take advantage of CJA resources, namely, to issue subpoenas and to prevent being charged the doctor's hourly fees for traveling and appearing in court. That was approximately 11:30 a.m.

At 11:53 counsel received a telephone call to come quickly. By noon, counsel was in the PSL emergency room and did not leave the hospital until sometime after 8:00 p.m. Counsel returned to the hospital at 7:20 a.m. and remains while drafting this motion. Hospitalization will continue through at least the morning of November 30, 2018. The government is aware of the medical issue and therefore does not oppose this motion. Counsel has spoken with Ms. Rhyne and both would be available during the first or second week in January 2019. Undersigned counsel is set for trials on December 10, 2018 and December 17, 2018. Ms. Rhyne will be out of Colorado on December 21, 2018. Counsel does not object to the Court contacting either Ms. Rhyne or me directly if the Court needs further details that I am not comfortable detailing in this motion.

WHEREFORE, Ms. McClaflin moves to continue the hearing in this to the first or second week in January 2019.

Respectfully submitted,

*s/ Thomas J. Hammond*
Thomas J. Hammond
Thomas J. Hammond, P.C.
1544 Race Street
Denver, Colorado 80206
303-321-7902
Fax: (303)329-5871
Email: hammondlaw@solucian.com

Attorney for Karen McClaflin, pro bono

## CERTIFICATE OF SERVICE

     I hereby certify that on November 29, 2018, I electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE DECEMBER 6, 2018 HEARING** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the appropriate parties.


*s/ Thomas J. Hammond*
Thomas J. Hammond