IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  17-cr-00168-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KAREN MC CLAFLIN,

    Defendant.
_____

**STATUS REPORT**
_____

    Karen McClaflin, though counsel, provides the following status report as ordered by th Court on January 16, 2019:

    A report and the most recent notes from Dr. Brookmeyer will be attached under restriction.  It also appears that Ms. McClaflin has obtained her complete medical records from both Dr. Brookmeyer and Dr. Miner, which appear to amount to approximately 500 pages, which date from July,2013 to February,2019.

    Counsel believes that the Court does not want the full copies of the medical records filed with the Court.  Assuming that to be true, counsel will scan and hopefully email the medical records directly to the appropriate medical officer at FMC Carswell thereby avoiding any legal or ethical issues involved in disseminating the records to any other person.  Scanning is almost complete and there should not be a problem with emailing the files directly to the facility as they are not so large that they cannot be transmitted electronically.

1

                                          Respectfully submitted,

                                          *s/ Thomas J. Hammond*
                                          Thomas J. Hammond
                                          Thomas J. Hammond, P.C.
                                          1544 Race Street
                                          Denver, Colorado 80206
                                          303-321-7902
                                          Fax: (303)329-5871
                                          Email: hammondlaw@solucian.com

                                          Attorney for Karen McClaflin

## CERTIFICATE OF SERVICE

     I hereby certify that on February 15, 2019, I electronically filed the foregoing **STATUS REPORT** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the appropriate parties.


*s/ Thomas J. Hammond*
Thomas J. Hammond