IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  17-cr-00168-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KAREN MC CLAFLIN,

        Defendant.
_____

**EMERGENCY MOTION TO STAY APRIL 9, 2019 SELF-SURRENDER ORDER**
_____

        Karen McClaflin, though counsel, moves to moves for a stay of execution of the self-surrender order.  Given, Ms. McClaflin's documented history of medical intervention and need for multi-week intravenous antibiotic injections from a PICC line, Ms. McClaflin moves to stay the April 9, 2019 self surrender order for 5-6 weeks. In support of this motion, Ms. McClaflin states the following:

        Ms. McClaflin has been ordered to surrender to the Federal Medical Center in Carswell, Texas.

        The Court has been apprised of Ms. McClaflin's ongoing medical issues for at least the last year.  The most threatening issue is the deep infection or infections that Ms. McClaflin has experienced which have caused surgeries to remove all remaining prosthetic devices from her hip leaving nothing to connect her thigh to her hip other than an exterior brace, and the return of the deep tissue infection that requires a combination of antibiotics to be administered intravenously.

On March 18, 2019, at 2:28 p.m., Ms. McClaflin was checked into Porter Adventist Hospital and another surgery was performed. As her friend, Jessica Wulf stated, the hip infection returned "with a vengeance," requiring Dr. Miner to perform surgery to clean out the infection as much as possible and replace the PICC line. Ms. Wulf also obtained the necessary medical records pertaining to the surgery, which counsel scanned and filed with the Court.

Counsel also filed a report from Ms. Wulf that provided a detailed description of the events leading up to last week's surgery. Given that description and the medical records from Dr. Miner's office, it is clear that Ms. McClaflin remains in the same position she has been in since approximately May, 2018. The deep tissue infection as due to a combination a complex bacteria that continue to ravage her hip and threaten to spread. The infection once again required surgery and a PICC line to deliver very strong antibiotics which, while necessary to fight the infection, also have a damaging effect on her body.

Counsel believes that it is necessary to inform the Court that this motion is being drafted from a room at the University of Colorado Hospital. On Saturday, April 6, 2019, Counsel's 94 year old father fell while walking and suffered a break in his hip that requires surgery and partial hip replacement. The surgery, originally set for Sunday, April 7, 2019, was postponed to Monday, April 8, 2019. Counsel will provide the Court with as much additional information as the Court may require and counsel is able to provide under the circumstances.

Counsel has also communicated with government counsel, Pegeen Rhyne, and is authorized to represent that the government takes no position on this motion.

Case No. 1:17-cr-00168-CMA   Document 100   filed 04/08/19   USDC Colorado   pg 3 of 3

WHEREFORE, Ms. McClaflin moves stay the order of self-surrender for sufficient time to obtain the new medical records from Dr. Miner and to determine her current medical status and prognosis for the immediate future, and specifically moves this court to stay the order for 5-6 weeks.

Respectfully submitted,

*s/ Thomas J. Hammond*
Thomas J. Hammond
Thomas J. Hammond, P.C.
1544 Race Street
Denver, Colorado 80206
303-321-7902
Fax: (303)329-5871
Email: hammondlaw@solucian.com

Attorney for Karen McClaflin

## CERTIFICATE OF SERVICE

I hereby certify that April 8, 2019, I electronically filed the foregoing **EMERGENCY MOTION TO STAY APRIL 9, 2019 SELF-SURRENDER ORDER** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the appropriate parties.

*s/ Thomas J. Hammond*
Thomas J. Hammond