# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 31, 2019

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:  Karen Lynn McClaflin
           v. United States
           No. 19-7136
           (Your No. 18-1217)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 18, 2019 and placed on the docket December 31, 2019 as No. 19-7136.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst