# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

February 24, 2020

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re:  Karen Lynn McClaflin
     v. United States
     No. 19-7136
     (Your No. 18-1217)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk