

**U.S. Department of Justice**
Federal Bureau of Prisons

Washington, D.C. 20534

May 18, 2020

**MEMORANDUM FOR ALL CHIEF EXECUTIVE OFFICERS**

**FROM:** ANDRE MATEVOUSIAN, ACTING ASSISTANT DIRECTOR
CORRECTIONAL PROGRAMS DIVISION

L. CRISTINA GRIFFITH, ASSISTANT DIRECTOR
HUMAN RESOURCE MANAGEMENT DIVISION

**SUBJECT:** CORONAVIRUS (COVID-19) PHASE SEVEN ACTION PLAN

This memorandum describes the BOP's Coronavirus (COVID-19) Phase Seven Action Plan, which includes an extension of previously disseminated guidance along with new measures to implement in the management of the evolving pandemic. Effective immediately, the following preventative measures are mandated for all Bureau locations:

## EXTENSION OF PHASE SIX ACTION PLAN:

Effective Monday, May 18, 2020, the Bureau will continue its nationwide action as described in the Phase Six Action Plan, to include measures to minimize movement and decrease the spread of the virus. These restrictions will remain in place through June 30, 2020, at which time the plan will be reevaluated.

## MOVEMENT AND TESTING:

The Bureau will continue to coordinate with the U.S. Marshals Service to significantly decrease incoming movement. Three strategic institutions (OKL/VVM/YAZ) have been identified for mandatory movement needs along with all detention centers and jail units throughout the country to accommodate population increases. These locations will serve as testing and quarantine sites until such time that inmates can be moved safely to their final destination. Testing will be carried out in accordance with Abbot ID Now Point of Care testing guidance issued by the Health Services Division.

Internal movement will continue to be suspended. Exceptions to this restriction are transfers related to forensic studies, writs, Interstate Agreements on Detainers, necessary medical or mental health treatment, and RRC/HC placements. Any exceptions must be routed through your Regional Director for approval by the Assistant Director, Correctional Programs Division.

## ACCESS TO ELECTRONIC LAW LIBRARIES:

Whenever possible, consistent with social distancing protocols and safe institution operations, inmates should be permitted access to the Electronic Law Library (ELL) at the discretion of the Warden at each facility. We recommend that a schedule be established to permit fair and timely access to ELL terminals upon inmate request, and that the use of such schedule be made known to inmates at the facility.

## STAFF TESTING:

Currently, we are unable to offer staff testing at the institution. However, we encourage Wardens to identify and publish possible testing sites in the community, where interested staff may be tested.

## QUESTIONS:

If staff have questions about COVID-19, they may reach out to the agency at the following email box: COVID19Questions@bop.gov.

We appreciate your assistance in this significant phase, and all phases of our COVID-19 response.