IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00168-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KAREN LYNN McCLAFLIN,
    Defendants.

_____

**MOTION FOR LEAVE TO FILE REPLY BY JULY 3, 2020**
_____

    Defendant Karen McClaflin, through counsel, respectfully requests leave to file a Reply on or before July 3, 2020, and as grounds states as follows:

    1.    On June 5, 2020, Defendant filed her Pro Se Motion for Compassionate Release or Home Confinement Per the Care and First Step Acts. [Doc.117]. By Order dated June 8, 2020, the Government and the Probation Office were directed to file Responses by June 15, 2020. [Doc. 119]. On June 10, 2020, undersigned counsel was appointed to represent the Defendant and his Entry of Appearance was filed that same day. [Doc. 120]. On June 15, 2020, the Probation Response [Doc.121] and the Government's Response to Defendant's Motion for Compassionate Release [Doc. 122] were filed. Defendant now requests leave to file a Reply on or before July 3, 2020.

    2.    Undersigned counsel must consult with Ms. McClaflin before drafting and filing a Reply. Thus far counsel's communication with Ms. McClaflin has been limited to

1

mail and email correspondence through the CorrLinks system.  A copy of the Government's and the Probation Office's Responses have been sent to Ms. McClaflin by mail; however, counsel has not had an opportunity to discuss those Responses with his client.  Once the Responses are received by Ms. McClaflin, counsel will attempt to arrange a legal phone conference with her to discuss her Motion, the Responses, and the substance of a Reply, if any.  Counsel is unsure how quickly a legal call can be arranged through the staff at FMC Carswell where the Defendant is being held.

3. Because of obstacles in communication with Ms. McClaflin, counsel requests that any Reply be filed on or before July 3, 2020.

WHEREFORE, based on the foregoing it is respectfully requested that the Defendant be permitted to file a Reply to the Probation Response to Motion for Compassionate Release [Doc. 121] and the Government's Response to Defendant's Motion for Compassionate Release [Doc 122] on or before July 3, 2020.

DATED:   June 19, 2020.         Respectfully submitted,

> NATHAN D. CHAMBERS LLC
> By:    s/Nathan D. Chambers
> Nathan D. Chambers
> 303 16th Street, Suite 200
> Denver, Colorado  80202
> (303) 825-2222

-3-

## CERTIFICATE OF SERVICE

     I hereby certify that on June 19, 2020, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to counsel of record.

By:   s/Nathan D. Chambers
Nathan D. Chambers
303 16th Street, Suite 200
Denver, Colorado 80202
(303) 825-2222