EXHIBIT E

# AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES
# COUNCIL OF PRISON LOCALS - 33
# FMC CARSWELL LOCAL 1006

Regina Warren, President



Date: April 7, 2020

The Honorable John Cornyn

Senior Unit States Senator of Texas

5001 Spring Valley Road

Suite 1125 East

Dallas TX. 75244

Dear Senator Cornyn,

A.F.G.E. Local 1006, is the sole and exclusive representative of the bargaining unit staff at FMC Carswell, in accordance with the Master Agreement Article 6 **Section o.** Any employee covered by this Agreement may, without fear of penalty or reprisal, exercise their rights under the Whistleblower Protection Act, which includes the right to disclose gross mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety. This act is codified in 5 USC, Section 1213. As the President of Local 1006, I am exercising this right.

Now that FMC Carswell has had its first positive case of COVID19 there is a growing concern amongst staff in regard to health and safety amongst staff, the public, as well as the inmates. According to the Master Agreement Article 27 Health and Safety Section **a.** There are essentially two (2) distinct areas of concern

regarding the safety and health of employees in the Federal Bureau of Prisons:
1. The first, which affects the safety and well-being of employees, involves the inherent hazards of a correctional environment; and
2. The second, which affects the safety and health of employees, involves the inherent hazards associated with the normal industrial operations found throughout the Federal Bureau of Prisons.
With respect to the first, the Employer agrees to lower those inherent hazards to the lowest possible level, without relinquishing its rights under 5 USC 7106. The Union recognizes that by the very nature of the duties associated with supervising and controlling inmates, these hazards can never be completely eliminated.
With respect to the second, the Employer agrees to furnish to employees places and conditions of employment that are free from recognized hazards that are causing or are likely to cause death or serious physical harm, in accordance with all applicable federal laws, standards, codes, regulations, and executive orders

On March 31, 2020, the Bureau of Prison issued a public statement informing the public the following "for a 14-day period, inmates in every institution will be secured in their assigned cells/quarters to decrease the spread of the virus. This modification to our action plan is based on health concerns, not disruptive inmate behavior." On the same day, a Memorandum for all CEO was sent from the Correctional Programs Division and Health Services Vision out of Central office directing the CEO's the following: "Effective Wednesday, April 1, 2020, the Bureau will enact a fourteen-day (140 nationwide actions to minimize movement to decrease the spread of the virus". The Agency issued a nationwide (public statement) meant to assure the public that the agency was taking every necessary precaution to protect the staff, inmates, and public from the further spreading of the global pandemic.

The Union believes the Agency was providing a false perception to the American people by stating all institutions will lockdown while sending internal memorandum suggesting CEO's enact minimize movement.

The agency knowing misleads the American public particularly at FMC Carswell.

All Warden's has the vicarious responsibility to carry out the Bureau of Prisons' mission and provide public safety. According to the CDC individuals with underlying health issues are highly susceptible to contracting this virus. With FMC Carswell being the only female medical facility this institution would experience a catastrophic catastrophe by not taking extraordinary measures in this extraordinary situation.

There has not been any guidance given to all staff as far as processes and procedures in maintaining health and safety. The last guidance given to all staff within the institution was on April 1, 2020, with an attached modified operation schedule. Because we work in a line of work of confine space and close quarters there is no such thing of social distancing which makes it imperative to communicate with all staff in what PPE is available, the process of getting them, and when/how to use them. In correctional facility we are subject to work in various units at various times each area has had different procedures that have caused staff and inmates to be at risk.

As of now, FMC Carswell has not issued a complete lockdown we are still operating on a modified operation. In "THE CReW" weekly updates the Warden informed staff of the changes that have been implemented thus far. The Executive Assistant D. Lux, Camp administrator stated the Camp inmates will be restricted to their rooms the majority of the day. Inmates were still allowed to move around the compound for various reasons to include pill line, commissary, TV rooms, and food service. After Phase V was enacted Camp inmates were seen playing volleyball on the compound as well as congregating in small confine TV rooms.
Also, the Newsletter indicated Foodservice will do a partial satellite feeding system. Meaning some of the inmates will be fed on the unit while others would be allowed to do grab and go feeding. Grab and go feeding consist of calling each unit one at of time to go to the foodservice area to pick up their food.

Saturday, April 4, 2020, we received the results of our first positive case. The Agency was aware of this inmate being a suspected symptomatic case on Saturday, March 28th when she went out to the local hospital. She was sent back to the institution to be placed in isolation. The inmate symptoms progress which caused her to go back to the hospital for admission on Tuesday, March 31st. Wednesday staff who had direct contact with this inmate began having concerns and started emailing and calling the Agency on guidance regarding the suspected symptomatic case who has now been admitted to the hospital. The response the Agency was given to the staff was to continue to come to work because she has not tested positive as of yet. There were a total number of 6 officers and 1 Nurse who treated this inmate during that time and they continued to come to work daily until the inmate test result came back positive on April 4th. Since then all staff mentioned has been sent home to self-quarantine with the exception of the nurse. According to the CDC guidelines, those staff should have self-quarantine at the time they were exposed the first time with the symptomatic inmate.

As of today, Carswell has isolated 7 inmates, 3 of the inmates worked on a sanitarian detail which allowed them excess to numerous areas throughout the

institution to clean. The sanitarian workers lived in a unit that houses over 300 inmates. Because of the potential exposure that unit is the only unit that has been completely locked down.

In closing, the fact that a lockdown has not accrued and as a result seven inmates have been placed in isolation awaiting test results due to symptoms after phase V was enacted. The agencies cavalier approach led to these presumptive cases by refusing to practice social distancing as recommended by the CDC.

Sadly, ==FMC Carswell knowingly and willingly misled the public placing the staff, inmates, and community at risk to the most lethal pandemic since 1920.==

As the representative of more than 400 correctional workers, we are requesting your assistance in this matter.

Regina Warren, President AFGE Local 1006