Wendy Curtis Palen
Palen Law Offices, LLP
P.O. Box 156
Glendo, WY 82213
307-735-4022

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff-Appellee, ) | |
| ) | **10TH Cir No: 20-1268** |
| v. ) | |
| ) | **D.C. No. 17-cr-00168-CMA** |
| **KAREN LYNN MCCLAFLIN,** ) | |
| ) | |
| Defendant-Appellant, ) | |

## DESIGNATION OF RECORD ON APPEAL

Those original papers which have been designated by circling their respective docket numbers on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals. (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

The following items should also be included in the record on appeal: **NONE**

**DATED** this 17th day of August, 2020.

                                                      Respectfully submitted,

                                                      /s/ *WENDY CURTIS PALEN*
                                                      WENDY CURTIS PALEN
                                                      Palen Law Offices, LLP
                                                      PO Box 156
                                                      Glendo, WY 82213
                                                      307 735-4022
                                                      CJA Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certified that on a true and correct copy of the foregoing was served via CM/ECF electronic service upon counsel of record on the 17th day of August, 2020.

                                                    /s/*Wendy Curtis Palen*
                                                     Wendy Curtis Palen