# TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

| |
|---|
| **PART I - To be completed by appellant within fourteen days of filing the notice of appeal**<br><br>Short Title: ___USA v. McClaflin_____   District: ____Colorado_____<br>District Court Number: __17-cr-00168-CMA__   Circuit Court Number:___20-1268_____<br>Name of Attorney: ___Wendy Curtis Palen_____<br>      Name of Law Firm: __Palen Law Offices, LLP_____<br>      Address of Firm: ____PO Box 156, Glendo, WY 82213_____<br>      Telephone of Firm: _307-735-4022___   Attorneys for: _____Appellant_____<br>Name of Court Reporter: __ Telephone of Reporter: _____ |
| **PART II - COMPLETE SECTION A OR SECTION B**<br>SECTION A -   **I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**<br>      [] A transcript is not necessary for this appeal, or<br>      [X] The necessary transcript is already on file in District Court –<br>      [] The necessary transcript was ordered previously in appeal<br>        number _____ |
| SECTION B -   **I HEREBY ORDER THE FOLLOWING TRANSCRIPT:**<br><br>      [x] **This case is proceeding under the Criminal Justice Act.**<br>**NOTE:**  Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript.   An order of the district court allowing payment for the transcript at government expense must be obtained.   *See* 28 U.S.C. §753(f). |
| CERTIFICATE OF COMPLIANCE<br>I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.**   I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).<br><br>   Signature of Attorney/Pro Se: __/s/__Wendy Curtis Palen_____ Date: __8/17/2020_____ |
| |
| **PART III -   TO BE COMPLETED BY THE COURT REPORTER**<br>     Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.<br><br>Date arrangements for payment completed: _____<br>Estimated completion date: _____<br>Estimated number of pages: _____<br>I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.<br><br>Signature of Court Reporter: _____ Date:_____ |

**A-8**   Transcript Order Form 4/97

Case No. 1:17-cr-00168-CMA Document 137 filed 08/17/20 USDC Colorado pg 2 of 2